ALEXANDER LANE and Another (Formerly ALEXANDER LICHTENSTEIN and Another), as Surviving Executors and Trustees, etc., of BENJAMIN LICHTENSTEIN, Deceased, Appellants, v. CHANTILLY CORPORATION and Another, Defendants. JOHN M. MOODY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent on the authority of *McCarter* v. *Crawford* (245 N. Y. 43).

TAVS BROTHERS CONSTRUCTION CO., INC., Plaintiff, v. JOSEPHINE VOELKER and Others, Defendants. JANBYR REALTY CO., INC., Respondent; COLUMBIA CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARABELLA DUNCAN JAMESON, Respondent, v. ARTHUR EDWARD JAMESON, Appellant.— Order modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of sixty dollars per week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED SCHNEIER, Respondent, v. KOSCHERAK BOTTLERS EQUIPMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAMLALL PACHISIA, Plaintiff, v. WERTHAN BAG COMPANY, Respondent, and DOYALCHAND PACHISIA and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAURICE N. HYMAN, Respondent, v. MILLARD HOLDING CO., INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVINS F. GLORE & SON, INC., Plaintiff, v. HENRY HAUER, INC., Appellant, and FREED HEATER COMPANY, Respondent, and BENNETT ROSE and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA WORKIN, Appellant, v. MORRIS WORKIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave, however, to renew the application upon receiving permission therefor from the court at Special Term under section 1170 of the Civil Practice Act. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LEVIN and Another, Respondents, v. ROBERT BARR, as Warden of the City Prison of The City of New York, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed, the writ dismissed and the relators remanded to custody, on the authority of *People ex rel. Bailey* v. *McCann* (222 App. Div. 465). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SADIE CELIA ROSENSWEIG, Respondent, v. CHARLES SAMUEL ROSENSWEIG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.